**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

### JUDGMENT IN A CIVIL CASE

| | | |
|---|---|---|
| Bruce A. Rinehart, | : | |
| Plaintiff, | : | |
| v. | : | Case No. 2:07-cv-0513 |
| Michael J. Astrue,<br>Commissioner of<br>Social Security, | : | JUDGE MARBLEY |
| | : | |
| Defendant. | : | |

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED That pursuant to the September 12, 2008 Order, plaintiff's objections to the Report and Recommendation of the Magistrate Judge are OVERRULED, and the Report and Recommendation is ADOPTED. The plaintiff's statement of errors is OVERRULED, the decision of the Commissioner is AFFIRMED, and the judgment is entered in favor of the defendant.

Date: **September 12, 2008**          **James Bonini, Clerk**

                                    s/Betty L. Clark
                                    _____
                                    Betty L. Clark/Deputy Clerk